

10-CV-00609-CMP

# UNITED STATES FOR AMERICA DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

**Curt-Allen: of the family Byron**

vs.

| | |
|---|---|
| **John Lovick and Spouse** | ) |
| **Richard R. Smith and Spouse** | ) |
| **Laurie Towers and Spouse** | ) |
| **Barack H. Obama and Spouse** | ) |
| **Hillary R. Clinton and Spouse** | ) |
| **Eric H. Holder Jr. and Spouse** | ) |
| **Rosa Gumataotao Rios and Spouse** | ) |
| **Arnold Swartzenneggar and Spouse** | ) |
| **Debra Bowen and Spouse** | ) |
| **Edmund G. Brown Jr. and Spouse** | ) |
| **Bill Lockyer and Spouse** | ) |

**C10-0609 JLR**

COMPLAINT

Parties to this Complaint:

**Plaintiff's Contact information**
Curt-Allen: of the family Byron a Sovereign living man, a Californian by birth an American by union of the foreign States that created America.
c/o 12732 52nd drive northeast
Marysville Washington 98271
Phone: 661.339.0270
**Email: curtbyron@sbcglobal.net**

**Defendant's Contact information**
Snohomish County Sheriff Corrections Bureau Sheriff **John Lovick and Spouse as co-defendant**
3000 Rockefeller Ave, M/S 606
Location: Fourth Floor Courthouse
Everett, WA 98201
Phone: 425-388-3393

**Defendant's Contact information**
City of Marysville, Marysville Police Department Police Chief **Richard R. Smith and Spouse as co-defendant**
Marysville City Hall
1049 State Avenue

Marysville, WA 98270
Phone: 360-363-8300
Email: rsmith@marysvillewa.gov

**Defendant's Contact information**
City of Marysville, Marysville Municipal Court judge **Laurie Towers and Spouse as co-defendant**
<u>1015 State Ave.</u>
<u>Marysville, WA 98270</u>
<u>(360) 363-8050</u>

**Defendant's Contact information**
United States for America 44th president of America **Barack H. Obama and Spouse as co-defendant.** If Barack Obama is not able to be the president for America then whom ever is able to be president for the united States for America that is in office today such as vise president **Joe Biden and Spouse as co-defendant).**
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500
Switchboard: 202-456-1414
FAX: 202-456-2461

**Defendant's Contact information**
United States for America Secretary of State for America **Hillary R. Clinton and Spouse as co-defendant**
U.S. Department of State
2201 C Street NW
Washington, DC 20520
Main Switchboard: 202-647-4000

**Defendant's Contact information**
United States for America Attorney General for America **Eric H. Holder Jr. and Spouse as co-defendant**
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Washington, DC 20530-0001
Phone: 202-514-2001

**Defendant's Contact information**
United States for America Treasury for America **Rosa Gumataotao Rios and Spouse as co-defendant**
Office of the Treasurer
The Department of the Treasury
1500 Pennsylvania Avenue, NW
Room 2134
Washington, DC 20220
General Information: (202) 622-2000
Fax: (202) 622-6415

**Defendant's Contact information**
State of California Governor **Arnold Schwarzenegger and Spouse as co-defendant**
State Capitol Building
Sacramento, CA 95814
Phone: 916-445-2841
Fax: 916-558-3160 (new number)

**Defendant's Contact information**
State of California Secretary of State **Debra Bowen and Spouse as co-defendant**
California Secretary of State

1500 11th Street
Sacramento, California 95814
Phone: (916) 653-6814

**Defendant's Contact information**
State of California Attorney General **Edmund G. Brown Jr. and Spouse as co-defendant**
Attorney General's Office California Department of Justice
Unit P.O. Box 944255
Sacramento, CA 94244-2550
Phone: (916) 322-3360
Fax: (916) 323-5341

**Defendant's Contact information**
State of California Treasure **Bill Lockyer and Spouse as co-defendant**
State Treasurer's Office
915 Capitol Mall, Suite 110
Sacramento, CA 95814
Phone: (916) 653-2995

## Jurisdiction
### (Reason for this case to be filed in federal court of America)

The reason for me to file this case in federal court of America is because of the lack of consideration and abuse of jurisdiction from local, State, and U.S. Federal Corporation agents/Defendant's.

## Statement of Claim:

March 12, 2010 I Curt-Allen: of the family Byron mailed out by certify mail my letter of Declaration and Claim to all the American agents and California State agents listed above. I gave them three days to establish my Declaration and Claim within their system along with all other foreign States system. I also requested proper Californian and American identification for me to engage in public affairs. I Curt-Allen: of the family Byron received no reply from any of the agents addressing my Declaration and Claim. (Find Declaration and Claim attached).

April 3, 2010 02:44 hour I was pulled over by Marysville police officer M. Sargent #1146 in city of Arlington. I asked if there is an emergency and he replied no but your vehicle has no license plates. I asked if anyone was hurt or harmed in anyway. He replied no and asked to see my driver's license and registration and insurance. I replied I give you no consent or any just power over me. He completely disregarded my directive to him and proceeded with detaining me by reaching his hand into my Honda Passport unlocking the door and pulling me out under the threat of being tazered.

Arrived at the Marysville Police Department for booking. I did not give consent to their booking and removal of my clothes for them to put on their jailhouse clothes and slippers. They immediately told me that I would have to go to Snohomish County Corrections if I don't consent. They decided to removing my jacket after I have given them no consent or any just power over me. I resisted protecting my property and they decided to force me to the floor to remove my jacket along with my shoes and socks. They applied much pressure by bending my wrist in an unbearable position to make me consent. But they did not remove the remainder of my clothes they only wanted my jacket, shoes' and socks. Later I learned why they wanted these items. They placed me into the booking cell in a very uncomfortable position of not having anything warm to wear in a cold concrete cell until they transported me to Snohomish County Corrections. They transported me without my jacket, socks and shoe's (Lack of consideration).

Arrived to the Snohomish County Corrections and I went through the same process as Marysville Police Department by giving them no consent or any just power over me. They placed me into there booking cell which is only concrete floor, concrete bench and brick walls with a steel sink and toilet. I was only wearing a T-shirt, underwear and a very thin light in weight jogging pants. It did not take long for me a 125lb man to get cold. Later one of the correctional sheriffs told me the reason why they have it cold is to make it uncomfortable for anyone to want to stay there so they would just move forward quickly with the booking process and go up stairs where they can have a more comfortable conditions. Well in my eyes I was not suppose to be there because I gave them no consent or any just power over me. I requested a blanket and they denied me. I requested an ace bandage to wrap up my left-hand wrist and they denied me. For lack of consideration they denied me a phone call as well. They continually taunted me to consent by putting on their jailhouse clothes and I continually replied with no consent. I have repeatedly requested to see a judge under his oath in private chambers and I was denied this. They later told me that a judge will be there on Sunday for a public hearing but would not see me if I am not wearing their jailhouse clothes. I did not consent. I was wrapping my feet with toilet paper to keep them warm and I placed a pile of toilet paper on the floor so I can stand comfortably on the concrete floor. One of the sheriffs asked me why there is a pile of toilet paper on the floor, I told him why and they removed me from this cell and placed me into a cell with no toilet paper. I requested toilet paper but they denied me this. When I had a bowel movement to relieve myself I had no toilet paper to clean myself so I used my hand and water. There was no soap. They attempted to force me to go through the booking process but I resisted for my protection. They later aloud me to take a warm shower but too only coerce me to change into their jailhouse clothes. I took the warm shower with great appreciation but did not consent to wearing their jailhouse clothes. They placed me back into the cold cell again. On Monday in seams that they decreased the temperature of the cell so I asked a sheriff about this and he said that it was a little warmer that day outside and also they have the booking room cold in order for the detainees to cooperate quickly with the processing. Many time's I would tell them that I am cold and cant sleep and different sheriffs would tell me to consent to the jailhouse clothes and the processing in order for me to go up stairs in a more comfortable conditions. I did not consent. Later they told me that they did not want me there anymore so they were going to turn me over to Marysville. I have been awake at this time since March 2, 2010 around noontime. I was only able to close my eyes off and on for only a few minutes. I believe that at one time I closed my eyes for 15 minutes because I got up very cold to the bone. It did not take long to get cold when I am not moving around to keep my blood flowing.

My Mother came to communicate with me on giving her the power of Attorney to get my Honda passport out of tow storage. They have denied me this.

March 6, 2010 at 03:30 hours Marysville picked me up and took me to the Marysville Police Department. I asked for my shoes and socks and they gave them to me because they realized that I was very cold. We arrived to the Marysville Police Department and they did give me a blanket and mattress. I was finally able to go to sleep for the first time from being awake for 88 hours and approximately 72 hours in a cold cell. In the morning approximately 10:00 hours judge Laurie Towers requested my presents and I did not consent. The correction officer spoke with me and asked what they could do for me in order to speak with the judge. I said to summons me by my name Curt-Allen: of the family Byron because I recognize BYRON, CURT A to be the name used on the driver's license. I have already revoked and rescinded that signature to that contract with my Declaration and Claim letter. Therefor I am not bound to that contract and neither are the corporate State of California and the rest of the several states for that matter. I also have not made this contract agreement with the corporate State of Washington. He agreed to make that change so when they came to get me they said that I could not go in with my shoes but had to use there jailhouse slippers. I did not consent at first but later I put on just the jailhouse slippers. I believe this was my mistake of coming under their jurisdiction. Because when I told judge Towers that I was not under their jurisdiction she later on the record said that I was to come back into her jurisdiction. I could not understand how she could do that until later I realize it was the jailhouse slippers that they subtly coerced me into wearing. Also how can this hearing be fair and just when judge Towers represents the City of Marysville and Arlington along with the prosecutor and police. There is definitely a conflict of interest.

**Relief:**

United States for America 44th president of America **Barack H. Obama and Spouse as co-defendant** – is to oversee the below American officials of there duties to me to restore Order and Justice in the Land called America because I am an American. If Barack Obama is not able to be the president for America then whom ever is able to be president for the united States for America that is in office today such as vise president **Joe Biden and Spouse as co-defendant)**.

United States for America Secretary of State for America **Hillary R. Clinton and Spouse as co-defendant** – is to supply to me all additional valid citizen **identification** or **documents that** would be require for the protection of my Full Rights under the Lawful American laws and International Commerce documents. Protection from the statutory law items, which are not applicable to Lawful State of **California** Citizen. It will be my responsibility from now on to act within the real laws and be in honor. By my acting in Honor I will more than likely comply with most of the statutory laws but by choice to prevent harm to others not by force, for I am no longer a slave to any foreign country.

United States for America Attorney General for America **Eric H. Holder Jr. and Spouse as co-defendant** – is provide the proper notification to all valid American and Foreign country law enforcement agencies, to the other foreign states of the Union law enforcement agencies and to the overall combined umbrella governmental law enforcement agencies. In addition, also supply to me, my State of **California** and **American** Citizenship legal protection and enforcement against any Law enforcement agency that has violated my Rights.

United States for America Treasury for America **Rosa Gumataotao Rios and Spouse as co-defendant** – is to insure the return of all my state loaned out assets and property that was to be held under state protection as my Birth Right; whether they are now recorded under the **"Certificate of Live Birth"** Birth No./Citizenship No./Patent No./Local Registration District and Certificate No. **4200 3374** from the **City Lompoc**, from the **County Santa Barbara**, from the Sovereign State of **California** or the foreign Social Security Tracking Number **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**. This act and claim is being done under **NUNC PRO TUNC**. This claim includes all assets/property that is still held within the State of **California** accounts or the property that was placed on deposit with the united States for America Treasury or foreign United States Treasury to be used as collateral usage by the major creditors in their monetary system, from the umbrella bankruptcy of the country of which all the states of this Union are also one of the partners. The major creditors are listed as the foreign Federal Reserve Bank Trust and the foreign International Monetary Fund Trust. The individuals assets and property has since been for the most part been transferred into a Trust/Bank account under the foreign SSN – Social Security Number Tracking system for their own internal banking unjust enrichment. It is well Noted Fact that the individual state Citizens were also a **Creditor** to this same bankruptcy and that our major protection was to come from our home State of record. Since all transaction thus far have been across the boundaries of foreign States and Foreign Countries, the International Courts could also be used if the State and American Official Office holders refuse to do their job. The assets and property were to be returned to the citizen when the time requirements were fulfilled and proper understanding reached. Well under **NUNC PRO TUNC**, you are now ordered to fulfill your public office required obligation to me as a **Private Creditor**, a State of **California** and an American Lawful Citizen. Beings that your Public Official Office was complaisant in a Fiduciary capacity when the assets and property were placed as collateral for the country's bankruptcy, your Public Official Office is now required to assist in the asset and property restoration. **Commercial Relief also has to be provided within 3 days.** May have to work with the Comptroller, foreign Federal Reserve Banks, the IRS and the FDIC on this. Please reply by letter giving me the status of this process and an estimated time frame for complete restoration.

State of California Governor **Arnold Schwarzenegger and Spouse as co-defendant** – is to insure all the below orders are fulfilled from California agents.

State of California Secretary of State **Debra Bowen and Spouse as co-defendant** – is to supply to me all valid State of **California** citizen **identification** or **documents** that would be require for the protection of my Full Rights under the Lawful State of **California** laws and International Commerce documents. Protection from the statutory law items, which are no longer applicable to Lawful State of **California** Citizen. It will be my responsibility from now on to act within the real laws and be in honor.

State of California Attorney General **Edmund G. Brown Jr. and Spouse as co-defendant** – is provide the proper notification to all internal state law enforcement agencies, to the other foreign states of the Union law enforcement agencies and to the overall combined umbrella governmental law enforcement agencies. In addition, also supply State of **California** Citizenship legal protection and enforcement against any Law enforcement agency that has violated my Rights.

State of California Treasure **Bill Lockyer and Spouse as co-defendant** – is to insure the return of all my state loaned out assets and property that was to be held under state protection as my Birth Right; whether they are now recorded under the Birth No./Citizenship No. stated above or the foreign Social Security Tracking Number **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**. This act and claim is being done under **NUNC PRO TUNC**. This claim includes assets/property that is still held within the State of **California** accounts or the property that was placed on deposit with the united States of America Treasury or foreign United States Treasury to be used as collateral usage by the major creditors in their monetary system, from the umbrella bankruptcy of the country of which all the states of this Union are also one of the partners. The major creditors are listed as the foreign Federal Reserve Bank Trust and the foreign International Monetary Fund Trust. The individuals assets and property has sense been for the most part been transferred into a Trust/Bank account under the foreign SSN – Social Security Number Tracking system for their own internal banking unjust enrichment. It is well Noted Fact that the individual state Citizens were also a Creditor to this same bankruptcy and that our major protection was to come from our home State of record, but since all transaction thus far have been across the boundaries of foreign States and Foreign Countries, the International Courts could also be used, if the State Official Office holders refuse to do their job. The assets and property were to be returned to the citizen when the time requirements were fulfilled and proper understanding reached. Well under **NUNC PRO TUNC**, you are now Ordered to fulfill your public office required obligation to me as a private State of **California** Citizen. Beings that your Public Official Office was also acting in a Fiduciary capacity when the assets and property were placed as collateral for the countries corporate bankruptcy, your Public Official Office is now required to assist in the asset and property restoration. **Commercial Relief has to be provided within 3 days**. May have to work with the State Comptroller and the **California** foreign FDIC field office on this.

Snohomish County Sheriff Corrections Bureau Sheriff **John Lovick and Spouse** is to consider what would be a proper compensation from every employee income check (including himself) within the Snohomish County Sheriff Corrections Bureau that put me through or allowed such a torture to happen just to consent to their wishes. The list needs to show all the names of employees and how much was to be equally deducted from their income check including number of weeks if necessary. Upon receiving his considered compensation to me I will then reply with an approval or disapproval along with my expected compensation.

City of Marysville, Marysville Police Department Police Chief **Richard R. Smith and Spouse** is to consider what would be a proper compensation from every employee income check (including himself) within the Marysville Police Department for forcing me to give up my jacket, along with taking my shoes and socks. Also coercing me into come into their jurisdiction when knowing it would not be in my best interest. The list needs to show all the names of employees and how much was to be equally deducted from their income check including number of weeks if necessary. Upon receiving his considered compensation to me I will then reply with an approval or disapproval along with my expected compensation. Including four hundred and eighty-eight federal reserve notes and 70 cents for towing of my truck.

City of Marysville, Marysville Municipal Court judge **Laurie Towers and Spouse** is to withdraw their judgment against me and completely eliminate the case along with sending back the current bail bond

against me and compensate me with four hundred federal reserve notes because of the bail bond. Also to eliminate all traffic citations within their records.

If I have harmed, damaged property or defrauded any man or woman then I have committed a crime. If none of these actions have been committed then no crime has been committed. And if no crime has been committed then I give you no consent or any just power over me.

My two large toes and my right heel are still numb to this day. It should never be a chess game with each other when it comes to finding justice.

### Jury Demand:

I demand a jury only when I feel if it will be necessary.

April 9, 2010                                     By: _____
                                                  Curt-Allen: of the family Byron